GEORGE T. HOPKINS, plaintiff in error, *vs.* ETHAN WALTER, junior, defendant in error.

*Error to Kendall.*

A justice of the peace may render judgment upon the confession of a party who is before him and acknowledges an indebtedness within his jurisdiction.

This was an action of debt, brought before a justice of the peace, upon a judgment confessed by the defendant before another justice of the peace. The plaintiff succeeded, and the defendant took an appeal to the special term of the Kendall Circuit Court, held in November, 1849, Spring, Judge, presiding. The cause was submitted to the Court for trial, without the intervention of a jury; and the judgment was affirmed. The appellant in the Circuit Court brings the cause here, by writ of error.

S. W. RANDALL, for plaintiff in error.

E. S. LELAND, for defendant in error.

Opinion by TREAT, C. J.:

This was an action of debt, founded upon a judgment rendered by a justice of the peace. The only question presented for our consideration is as to the validity of that judgment. We entertain no doubt as to the authority of a justice of the peace to render a judgment by confession, when the party was before him and acknowledges an indebtedness to an amount within his jurisdiction. A confession between the parties to a suit furnishes the most satisfactory evidence of indebtedness. The judgment in question is not technically drawn, but enough appears to justify us in affirming the judgment, with costs.

*Judgment affirmed.*